IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LINWOOD EDDLETON,

   Petitioner,

v.                                                              Civil Action No. 3:09cv352

GENE M. JOHNSON,

   Respondent.

## MEMORANDUM OPINION

Petitioner Linwood Eddleton, a Virginia inmate proceeding *pro se*, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Opinion and Order entered on January 20, 2011, the Court granted in part and denied in part Respondent's Supplemental Motion to Dismiss. The Court also directed Respondent to file a further response with respect to Eddleton's remaining grounds for relief. On February 16, 2011, Respondent filed a Second Supplemental Motion to Dismiss. On April 11, 2011, the Court received a motion to dismiss the present action without prejudice from Eddleton.

Because Respondent has filed an answer, Eddleton may not dismiss this action as a matter of right. Fed. R. Civ. P. 41(a)(1)(i). Nevertheless, a petitioner's motion for dismissal without prejudice should not be denied absent substantial prejudice to the respondent. *See Andes v. Versant Corp.*, 788 F.2d 1033, 1036 (4th Cir. 1986). Respondent has not alleged and the record does not suggest that Respondent will suffer substantial prejudice if the action is dismissed. Accordingly, the Court will GRANT Eddleton's motion (Docket No. 47) and the action will be DISMISSED WITHOUT PREJUDICE. Eddleton's motion for an extension of time (Docket

No. 45) and Respondent's Second Supplemental Motion to Dismiss (Docket No. 41) WILL BE DENIED AS MOOT.

An appropriate Order shall issue.

/s/ M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 4-25-11